UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **STIEFEL LABORATORIES, INC.,** ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. 1:08-CV-3773 |
| v. ) ) | JURY TRIAL DEMANDED |
| **BROOKSTONE PHARMACEUTICALS, L.L.C.** ) ) ) ) | |
| Defendant. ) ) | |

## DEFENDANT BROOKSTONE PHARMACEUTICALS, LLC'S MOTION TO DISMISS

Stiefel Laboratories, Inc. has presented a Complaint that is devoid of any justiciable issue or allegation sufficient to support its demands for damages and affirmative injunctive relief. Under Fed. R. Civ. Proc. 12(b)(6), it is appropriate to dismiss a complaint for a failure to state a claim when it does nothing more than articulate "labels and conclusions" and does not "'provide the 'grounds'" for "'entitle(ment) to relief.'" Anderson v. Vanguard Car Rental USA, Inc., 2008 WL

5381413 (11th Cir. 2008). In short, "a formulaic recitation of a cause of action's elements will not do." Id.

Stiefel is using its Complaint to shut down legitimate, lawful competition. Its Complaint makes that abundantly clear, and fails to articulate a single, legitimate ground from recovery.

WHEREFORE, Brookstone Pharmaceuticals, LLC, respectfully requests that the Court dismiss Stiefel Laboratories, Inc.'s Complaint, with prejudice.

Respectfully submitted January 6, 2009.

**THE WILSON LAW FIRM, P.C.**

/s/: L. Matt Wilson
L. Matt Wilson
Georgia Bar No. 768801
Email: matt@willaw.com
Simon Jenner
Georgia Bar No. 142588
Email: simon@willaw.com
Attorneys for Defendant

```
950 E. Paces Ferry Rd, NE
Suite 3250, Atlanta Plaza
Atlanta, Georgia 30326
Phone: (404) 364-2240
Facsimile: (404) 266-7459
Firm website: www.willaw.com
```

Z:\WP\838\Motion Dismiss [Stiefel v. Brookstone] [1].wpd

**CERTIFICATE OF SERVICE AND COMPLIANCE**

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), Northern District of Georgia, specifically Courier New, 14 point. I further certify that on the below date, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Northern District of Georgia using the CM/ECF system, which will automatically send notification of such filing and electronic copy to:

   William B. Hill, Jr., Esq.
   williamhill@asherafuse.com
   Yonette Buchanan, Esq.
   yonettebuchanan@asherafuse.com
   Lawrence Ashe, Esq.
   lawrenceashe@asherafuse.com

   Ashe, Rafuse & Hill LLP
   1355 Peachtree Street, N.E., Suite 500
   Atlanta, Georgia 30309-3232

   Respectfully submitted January 6, 2009.

                           **THE WILSON LAW FIRM, P.C.**
                           /s/: L. Matt Wilson
                           L. Matt Wilson
                           Simon Jenner

Z:\WP\838\Motion Dismiss [Stiefel v. Brookstone] [1].wpd