UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STIEFEL LABORATORIES, INC., | : | |
| | : | Civil Action No. |
| Plaintiff, | : | |
| | : | 1:08-CV-3773-CAP |
| v. | : | |
| | : | |
| BROOKSTONE PHARMACEUTICALS, L.L.C., | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S CERTIFICATE OF SERVICE OF DISCOVERY**

Pursuant to L.R. 5.4, Plaintiff hereby certifies that on November 11, 2009 copies of **Plaintiff Stiefel Laboratories, Inc.'s Rule 30(b)(6) Notice of Oral and Videotaped Deposition of Defendant Brookstone Pharmaceuticals, L.L.C.** have been served by email and first class mail to the following counsel of record:

L. Matt Wilson
Simon Jenner
THE WILSON LAW FIRM, P.C.
950 East Paces Ferry Road
Suite 3250 Atlanta Plaza
Atlanta, GA 30326
Telephone: 404.364.2240
Telecopier: 404.266.7459
matt@willaw.com
simon@willaw.com

| | |
|---|---|
| Dated: November 11, 2009 | Respectfully submitted, |
| | **s/Matthew S. Knoop*** |
| **ASHE, RAFUSE & HILL, LLP** | William B. Hill, Jr. |
| 1355 Peachtree Street, N.E. |    Georgia Bar No. 354725 |
| Suite 500, South Tower | R. Lawrence Ashe, Jr. |
| Atlanta, Georgia 30309 |    Georgia Bar No. 024500 |
| Telephone: 404.253.6000 | Yonette Sam-Buchanan |
| Telecopier: 404.253.6060 |    Georgia Bar No. 623445 |
| Email: williamhill@asherafuse.com | Matthew S. Knoop |
| Email: lawrenceashe@asherafuse.com |    Georgia Bar No. 140870 |
| Email: yonettebuchanan@asherafuse.com | |
| Email: mattknoop@asherafuse.com | |

*Signed electronically by Kathy Grant with express permission on behalf of Matthew S. Knoop.

| | |
|---|---|
| | **s/Kathy Grant** |
| **FULBRIGHT & JAWORSKI L.L.P.** | Saul Perloff (*pro hac*) |
| 300 Convent Street, Suite 2200 |    Texas Bar No. 00795128 |
| San Antonio, Texas 78205 | Katharyn Grant (*pro hac*) |
| Telephone: 210.224.5575 |    Texas Bar No. 24050683 |
| Telecopier: 210.270.7205 | |
| Email: sperloff@fulbright.com | |
| Email: kgrant@fulbright.com | *Counsel for Plaintiff* |
| | *Stiefel Laboratories, Inc.* |

## LOCAL RULE 5.1 CERTIFICATE OF COMPLIANCE

I, **KATHY GRANT**, certify that, in preparation of this document, the foregoing was prepared with font Times New Roman, 14 point, to include all text, including headings, footnotes, and quotations.

s/Kathy Grant
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was approved as to form and substance by all persons required to sign same. I hereby further certify that I have express permission to submit the foregoing document electronically.

I hereby certify that on November 11, 2009, I caused the foregoing document to be filed electronically with the Clerk of the Court using the ECF-system for the Northern District of Georgia and that the ECF-system will send a Notice of Electronic Filing to the following CM/ECF participants:

| **Counsel for Defendant:** | **By email address at**: |
|---|---|
| L. Matt Wilson | matt@willaw.com |
| Simon Jenner | simon@willaw.com |

I further certify that I caused a copy of the foregoing document(s) and the Notice of Electronic Filing to be mailed by fist class mail, postage paid, to the following non-ECF Participant(s): **NONE**.

s/Kathy Grant
*Counsel for Plaintiff*
